IN THE SUPREME COURT OF TENNESSEE
AT JACKSON

| STATE OF TENNESSEE, | ) | **NOT FOR PUBLICATION** |
| | ) | |
| Appellee, | ) | SHELBY CRIMINAL |
| | ) | |
| v. | ) | NO. 02S01-9804-CR-00035 |
| | ) | |
| WILBERT K. ROGERS, | ) | |
| | ) | |
| Appellant. | ) | |

**FILED**

**June 21, 1999**

**Cecil Crowson, Jr.
Appellate Court Clerk**

**O R D E R**

The appellant has filed a petition for rehearing in this appeal pursuant to Tenn. R. App. P. 39. We have considered all of the arguments raised in the petition, and we have found them to be without merit. It is, therefore, ORDERED that the petition is denied.

PER CURIAM